IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOEL MORENO-ESPADA<br>a/k/a JOEL, (Counts One and Two)<br>2) JOSE RAFAEL VELAZQUEZ-LOPEZ,<br>a/k/a Bebe (Counts One and Two)<br>**3) ITHIER RIVERA-SANTIAGO**,<br>a/k/a Ithier (Counts One, Two and Three)<br>4) JOSE RAFAEL ORTIZ-MELENDEZ<br>5) JOSE A. RIVERA-SANTIAGO<br>a/k/a Pelón (Counts One and Two)<br>6) HECTOR LOPEZ-FLORES<br>7) LUIS DANIEL MELENDEZ-SANCHEZ<br>a/k/a Corito (Counts One, Two and Three)<br>8) MIGUEL A. LOPEZ-PAGAN<br>a/k/a Macho<br>(Counts One, Two and Three)<br>9) OMAR MORENO-ESPADA<br>a/k/a Omar (Counts One and Two)<br>10) RAMON L. MARTINEZ-RODRIGUEZ<br>a/k/a Negro, a/k/a Spiderman<br>(Counts One and Two)<br>11) JOSE RIVERA-GONZALEZ<br>a/k/a Gil (Count One)<br>12) JOSE E. RIVERA-GONZALEZ<br>a/k/a Geño (Count One)<br>13) CARLOS JOSE CRUZ-FRANCO<br>14) SONIA ESPADA-MALAVE<br>a/k/a Coja (Count One)<br>15) LIZETTE RIVERA-ESPADA<br>a/k/a Pelota (Count One)<br>16) YARITZA I. FRANCESCHI-MALAVE<br>(Count One)<br>Defendants | CRIMINAL 05-0383CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 19, 2006 (docket entry 720) on a Rule 11 proceeding of co-defendant Ithier Rivera-Santiago held before Magistrate Judge Camille L. Vélez-Rivé on June 19, 2008, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of co-defendant Ithier Rivera-Santiago is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

CRIMINAL 05-0383CCC                              2


      This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 19, 2008.  **The sentencing hearing is set for September 25, 2008 at 4:30 PM.**

      SO ORDERED.

      At San Juan, Puerto Rico, on June 27, 2008.


                                              S/CARMEN CONSUELO CEREZO
                                              United States District Judge